UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

NORMA LEWIS, *Administratrix of the Estate of Agnes Lewis*,    )
)
)           No. 5:15-CV-281-REW
Plaintiff,    )
)
v.    )           ORDER
)
BLC LEXINGTON SNF, LLC, et al.,    )
)
Defendants.    )

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties filed an agreed order of dismissal, signed by counsel and the arbitrator in the underlying arbitration proceedings, stating that the parties have settled all claims. DE #26 (Arbitration Order). Accordingly, the Court **DENIES AS MOOT** all pending motions and requests for relief and **CONTINUES GENERALLY** all deadlines and scheduled proceedings. The Court **DISMISSES** Plaintiff's claims **WITH PREJUDICE** and **STRIKES** the matter from the active docket.

This the 31st day of October, 2016.

Signed By:
Robert E. Wier    REW
United States Magistrate Judge

1